1  Christopher A. Carr  (#44444)
     ccarr@afrct.com
2  ANGLIN, FLEWELLING, RASMUSSEN
     CAMPBELL & TRYTTEN, LLP
3  199 S. Los Robles Avenue, Suite 600
   Pasadena, California  91101-2459
4  Tel: (626) 535-1900, Fax: (626) 577-7764
5
6  Attorneys for Defendant,
   WACHOVIA MORTGAGE, FSB and GOLDEN
7  WEST SAVINGS ASSOCIATION SERVICE CO.

8                UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

10

11 RAMON GONZALEZ, et al.,                    08-CV05549-PVT

12            Plaintiffs

13                                            STIPULATION TO REMAND ACTION
       vs.                                    TO STATE COURT and ~~PROPOSED~~
14                                            ORDER
   WACHOVIA MORTGAGE, FSB, et al.,
15
16            Defendants.

17

18         COME NOW plaintiffs RAMON GONZALEZ and SILVIA GONZALEZ, by and

19 through their counsel of record, Reuben L. Nocos, and defendants WACHOVIA MORTGAGE,

20 FSB and GOLDEN WEST SAVINGS ASSOCIATION SERVICE CO. (collectively, "Wachovia

21 Defendants"), by and through their counsel of record, Christopher A. Carr of Anglin, Flewelling,

22 Rasmussen, Campbell & Trytten, LLP, and stipulate as follows:

23         1.  Plaintiffs filed this action in the Superior Court of California for the County of Santa

24 Clara on October 21, 2008; it was assigned #108CV125803.

25         2.  On December 12, 2008, the Wachovia Defendants removed the action to this Court.

26 The original complaint contained claims that the Wachovia Defendants violated the Truth in

27 Lending Act and the Real Estate Settlement Procedures Act, so the basis of removal was that

28

1   "Federal question" existed.  The Wachovia Defendants then filed a motion to dismiss and motion

2   to strike; those motions are presently set for hearing on February 3, 2009.

3          3.  On January 9, 2009, plaintiffs filed a First Amended Complaint ("FAC").  The FAC

4   expressly eliminates all references to Federal law.  Plaintiffs then, on January 14, filed a motion

5   to remand the case to Santa Clara Superior Court.

6          4.  No defendant other than the Wachovia Defendants has filed any papers in this Court.

7   /////

8   /////

9   /////

10  /////

11  /////

12  /////

13  /////

14  /////

15  /////

16  /////

17  /////

18  /////

19  /////

20  /////

21  /////

22  /////

23  /////

24  /////

25  /////

26  /////

27  /////

28          5.  In view of the dropping of the Federal claims, plaintiffs and the Wachovia Defendants

1    hereby stipulate that the action may be remanded to Santa Clara Superior Court.

2

3    SO STIPULATED.

4    Dated:   January 29, 2009                    ANGLIN, FLEWELLING, RASMUSSEN,
                                                   CAMPBELL & TRYTTEN LLP
5

6                                                 By:___/s/Christopher A. Carr_____
                                                       Christopher A. Carr
7                                                      ccarr@afrct.com
                                                       Attorneys for Defendants WACHOVIA
8                                                      MORTGAGE, FSB and GOLDEN WEST
                                                       SAVINGS ASSOCIATION SERVICE CO.
9

10   Dated:  January 29, 2009                     LAW OFFICES OF REUBEN L. NOCOS

11

12                                                By:____/s/Reuben L. Nocos_____
                                                       Reuben L. Nocos
13                                                     rlnocos@nocoslaw.com
                                                       Attorney for Plaintiffs
14

15

16   _____

17       Upon reading and filing the foregoing stipulation, and good cause appearing,

18       IT IS ORDERED that this action is hereby remanded to the Superior Court of California for

     the County of Santa Clara.
19
                    Jan.
20   Dated: ~~February~~ 30 , 2009

21                                                _____

22                                                UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                                MAGISTRATE
23

24

25

26

27

28

                                                   STIPULATION TO REMAND ACTION TO
                                                   STATE COURT   –   CV08-05131 CW